Good morning may it please the court my name is Eitan Kaslianich I'm representing Karen Dexter in this appeal. This is an unusual appeal probably for you certainly for me I've never had an appeal like this which is on really constitutional issue rather than the 405 G the question of the normal question of is the ALJ's decision supported by substantial evidence and free of legal error that's not before you today. The issue here is whether Dexter has raised a colorable constitutional claim that imparts jurisdiction to this court that's the first mount well I don't want to call it a hill first hill we have to climb here because if she hasn't raised a colorable constitutional claim you have no jurisdiction. It is our position that she has raised a colorable constitutional claim several of them and as a result you do have jurisdiction to consider the merits of her appeal and once again the merits of her appeal the issue there is not whether or not she is disabled or whether or not the ALJ was wrong in not finding her disabled because he didn't make a decision about that. The question is should Ms. Dexter get a hearing on the merits. So let me start by discussing a colorable constitutional claim issue. I note in my briefs that there is one the facts of this case are mostly pretty clear but there's one fact that's unusual and unclear and that is when Dexter was denied at the reconsideration level in April apparently 2004 the notice that was sent to her apparently has no valid date on it. The date that is stamped on it says APR and the number one that's all it says somebody has written in a number after the one but there's no year on it. Now reasonably we can't you know it's not our position that she didn't actually get this at some point in 2004 it was apparently issued in April of 2004 but considering that Ms. Dexter at that time was caring for her mother who was dying of cancer and was also experiencing many illnesses that were affecting her ability to function perhaps it's not surprising that seeing this notice that had a date that it wasn't a date might not have alerted her to the urgency of filing an appeal. Well the letter does specifically explain to her the time frame within which she had to file an appeal correct? It does and so let's assume. She wasn't just a little bit late she was 11 months late. She was 11 months late so let's assume for the sake of argument that the date had even been completely valid okay. You have to really you can quibble about it now but that's not going to get you anywhere. Exactly and so assuming that she got this notice it's April and she looked at it and just didn't deal with it couldn't deal with it for whatever reason. The burden is then for her to show that she had good cause for not dealing with it. Now although there is a rule that says that you have to file an appeal within 60 days of the date you receive the decision there's also a regulation that says that there's an exception which is for good cause. If you have good cause for late filing they will treat your request for hearing or whatever the request is as being timely filed and when she finally got around to submitting an appeal she actually submitted the wrong appeal. She submitted a request for reconsideration which was processed by the local office and a worker there actually found she also had submitted a good cause statement explaining that her and in addition she'd been having her health problems that just overwhelmed her. What's your best case that says in this kind of context that it's a due process violation to fail to allow an untimely request for this type of procedure? You know I'm having to connect. You know when a judge asks a question like that it usually means that his brilliant law clerks have told him there are no such cases. You agree? Yes I do agree that's what I was. This is our chance to establish that is that what you're saying? Well you know what we're doing here it's connecting the dots between a bunch of Supreme Court precedents and Ninth Circuit precedents that discuss these kinds of issues and when you know once again we're back to the does she have an issue stating a constitutional claim in the first place and certainly under Udge she is. Udge didn't file you know this that that case was what was it 15, 19 years it was something like that sitting before he got around to actually getting an attorney and figuring out that that he had he should be appealing stuff. This was a lot quicker than that but no you're right there's no there's no clear precedent that says what happens when you present good cause and they just ignore it. I think what makes this case a little different if this case is different from how I guess the ALJ ALJ joiner who had considered her good cause request and once again when she filed it as a request for reconsideration the local worker looked at her reasons on the good cause letter and said these reasons are good cause for filing a request for reconsideration and approved it but then that was a mistake because it technically it was not supposed to be a request for Social Security context before an ALJ and request to continuance and shows what you or I might think would be good cause and the ALJ says look I've got a patent docket you had notice of what was going on here today your request for continuance is denied and would that be a due process violation? It potentially could be a due process violation it would depend on what the rocket docket in Virginia is unconstitutional. Well what I'm saying is that I mean seriously we have we have we have district judges who deny continuance all the time saying look I understand you have good reasons but I'm gonna exercise my discretion not to. Same thing with ALJs. Why does it rise the level of constitutional issue? I think it really is an individual determination there because for the most potentially there's no constitutional violation but once again I'm saying it's a judgment call because let's say you have an individual who doesn't have counsel as a result of that decision to not grant them the continuance and their case is not presented properly I think it does raise a constitutional violations I think it's an individualized determination but that's not that doesn't lead us into the path of widely expanding our review of okay what makes this case by case that tells me we're gonna see a lot of cases okay what makes this case different I think is that ALJ Joyner when he determined that she did not have good cause did not even address her good cause letter did not address the reasons in a good cause letter did not acknowledge that the reasons in a good cause letter are explicitly two of them are explicitly listed in the regulation which he was bound to uphold and comply with. He addressed one of the grounds she raised three grounds right I didn't know about the deadline my I was ill and then my mother passed away from cancer so he addressed one of the three grounds that she raised but but help help me out here in the real world how does this these things usually work so you file a request and you state your good cause and you're dealing with a lot of lay people and they say well I was really sick so I blew the deadline let's hypothetically speaking let's not take this case which was untimely by a long stretch but let's just take this scenario of somebody who missed the deadline by a couple of weeks and they write in and say I was really sick how does the agency usually handle it in your experience because this was a written denial there wasn't an opportunity to then explain well I was sick and I couldn't contact you because I didn't have a neighbor or friend who could help me out right which is the other part that's required under the regulations most of the time when you when a late hearing request is filed with a letter for good cause the ALJ grants the request and doesn't even tell you that he's granted the request that the case just the processing just proceeds and you almost don't even realize that they've done that they don't even tell you that they've granted the request ordinarily the only time I to a hearing exactly the only time they tell you that they've denied your request your request to allow the late filing is when they decide determine that you did not have good cause and let's say you just violate and you don't state any good cause and it's clear you don't have any good cause then they are supposed to issue like what happened here he did issue a dismissal notice in which he was supposed to explain why his determination why he did not find it that was the abuse of discretion here was not just he didn't not it wasn't just just that he turned down her request he didn't even address the issues that she had raised that are clearly examples of good cause in the regulation I don't know why they would put these examples in the regulation and and have an ALJ be able to not just he could have used his discretion and said well I see that these are examples in the regulation but in this case I just don't think that's good enough and you know then you still even in that case it's a that's a tougher case I think because he would have at least you'd at least have some sort of explanation from the judge you'd be dealing with but it's still a problem under Holohan because what you're supposed to be looking at is the the private interest that's affected by the official action and the effect of this action was very large we weren't asking she wasn't asking the judge to find her disabled she was asking him for her day in court her only possible day in court to prove that she's disabled and she has a property interest in the disability benefits but because of the ALJ's action she was let's assume that the district court was correct in saying I mean and you agree the district was correct in saying you didn't exhaust the only question is whether it's excused exactly if if the district court decision stands is that over for you in the administrative process or are you still going to get a final order from which you could take an appeal there's nothing to appeal they've slammed the door on her in 2005 and even though there was a hearing held and new evidence including medical expert evidence that appears to support a finding of disability because of documentation of her of her limited ability to use her dominant arm back to her day last year but once again the merits aren't here right that's for another day if we get another day now you're down below three do you want to reserve some time oh yeah I would like to reserve thank you thank you your honors Jeff McLean for the Commissioner of Social Security plaintiff's counsel concedes that there's no jurisdiction over this case in the normal regulatory framework as put forward by 42 USC 405 G however alleges that a the most of plaintiff's arguments are related to discretionary decisions by the agency and that that doesn't rise to the level of a constitutional violation as we've seen it in prior Ninth Circuit cases but how do we know that discretion was properly exercised if there's no explanation of the reason for the denial there's a difference between considering a good cause statement and discussing it in a decision and Ninth Circuit laws recognize that distinction in the case that's not related to due process however in this situation LJ Joyner read the good cause statement considered it noticed certain elements of the good cause statement including the statement that she didn't understand that she had a deadline to file and weighed the fact that she was 11 months late in her filing against the reasons offered in finding that except that the LJ didn't weigh it against the reasons offered the reasons with one exception weren't discussed so your argument is we should believe that the LJ considered it when actually the document would say the LJ only considered one reason waited that is my argument your honor yeah and why should why should we credit I mean actually if the LJ had said nothing it might be better than to say I consider this one reason I'm weighing against it because it the inference is the LJ didn't consider the other two reasons that is an inference that could be made however those are the exact kind of questions that aren't subject to judicial review unless you're going to go so far as to say that that's a constitutional violation of her due process rights well we've said in the past that procedural due process may require some explanation in order to articulate it three reasons and the ALJ specifically address the weakest of the three reasons that could have established good cause I understand your current your concern your honor however I don't believe that that merits the finding of a constitutional violation the types of cases where a constitutional violation has happened in the administrative contest have been due to mental incapacity she's saying that she was very sick however she filled out a disability report in conjunction with her good cause statement that indicated that her very sick illness was related to a gallbladder surgery that occurred many months after she already missed her deadline in that circumstance I don't believe a that a colorable constitutional claims present based on the facts or be that if you found a colorable constitutional claim that a constitutional violation in fact occurred well of course we don't know how the ALJ would have weighed that because the ALJ didn't say that's your that's your factual to turn you know argument on appeal and I credit it but we don't know what the ALJ thought about that I would point the court to the case of Krumpelman v. Massonari I can provide that citation if you're interested and in that case they were reviewing a race judicata decision by the agency which is also typically not subject judicial review and they stated that a only exists if the record is patently inadequate to support the finding of the of the agency it is a consequence of agreeing with the position that the commissioner proposes to encourage laziness on the part of ALJs that's a potential consequence your honor should we ignore it in my opinion it's not worth the type of caseload that can result from this kind of determination you have a situation where if every discretionary determination by the agency is subject to a challenge in any situation where plans disagrees with the merits of those challenge based on a procedural thing that's clearly discretionary so what's the takeaway from this case if there are ALJs out in the audience here the takeaway would be based on the argument here that the court or that an ALJ should perhaps give greater reasoning however the regulatory framework doesn't delineate what reasons are required how the ALJ is supposed to explain the decision it just states that there's a discretionary decision at hand and the ALJ must make that decision the ALJ did so in this case noting some reasons if not others and weighing that against the time frame that issue which is 11 months and that's a significant time frame I think we understand your argument you have a thing to add I do not thank you thank you first I'd like to quickly point out that Krumpelman's not on point and in Krumpelman it was addressed I addressed it on page three in my reply brief this court noted in Evans that Krumpelman held that no jurisdiction existed for judicial review because the claimants allegations were purely conclusory unsupported by facts and insufficient to withstand summary judgment here there's actual legitimate allegations by her unquestioned allegations that were not addressed by the ALJ so Krumpelman is not on point I think your concern is correct that under under if if this ALJ is allowed to prevent her from ever having her hearing based on not not even addressing the good cause allegations that she made it just means that it obliterates the regulation it makes us the regulation has no meaning at all so the ALJ in this case what he or she should have done was say I've considered carefully every one single one of the reasons you've articulated and I declined to exercise my discretion in your favor we wouldn't be here you know I might still be here and it'd be a harder case for you but the because thank you for your candor because under the facts of this case because she alleged something that was clearly on the list of examples and wasn't she had like like she'd gone to the list and then found something said oh this one applies to me the worker asked why why did you you know why are you so late and she said well I was taking care of my mom she was dying of cancer now she's dead it was what do you know there's actually a rule that says that if that's your reason for being late there they may find good cause and it is discretionary well and then you've got to show why you couldn't have you know contacted them through friends or other family members for example so taking judge Hawkins example one step further if the AJ had just said I considered your illness and the death of your mother as a potential good cause but the month delay really weighs against you because you could have asked somebody else to contact us in your behalf then you'd really be out she yes she's not a real functional individual as far as understanding these procedures and and it was and when you added that the her illnesses which included some severe depression despite what the government said and the caring for her mother and the overwhelming how that overwhelmed her there's a reason it's in the reason that shows good cause for filing late and that was her reason and she'd like to have her day in court that's that's what this is all about for for miss Dexter to actually be able to have a judge listen to her and consider the merits of her disability claim thank you counsel's case just heard will be submitted for decision
judges: Hawkins, Thomas, Nguyen